UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

LYNN ADLER on her own behalf and
others similarly situated,

      Plaintiff,

v.                                                                                 CASE NO. 2:09-CV-439-FtM-36DNF

SUNSHINE RESTAURANT MERGER SUB
LLC, a Delaware limited liability company
doing business as International House of
Pancakes formerly as FMS Management
Systems, Inc.,

      Defendant.
_____/

**ORDER**

      **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on August 31, 2010, (Dkt. 25) recommending that the Court approve the parties' Joint Motion to Approve Settlement and Stipulation of Dismissal With Prejudice (Dkt. 24). The Court notes that neither party filed written objections to the Report and Recommendation, and the time for filing objections has expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

**ACCORDINGLY**, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 25) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Joint Motion for Approval of Settlement (Dkt. 24) is **GRANTED**. The Settlement Agreement (Dkt. 24, Ex. 1) is **APPROVED**.

3) This action is dismissed with prejudice.

4) The clerk is directed to terminate any pending motions/deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on September 15, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD